IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROLANDO RODNEY,

   Appellant,

 v.          Case No.  5D21-1713
             LT Case No. 2018-CF-4648-A-X

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and
Nancy Ryan, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

EVANDER, WALLIS and WOZNIAK, JJ., concur.